1 **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|   |   |
|---|---|
| Renate Easterbrook, a married individual, ) | No. CV-06-956-PHX-MHM |
| Plaintiff, ) | **ORDER** |
| v. ) |   |
| Life Insurance Company of North America, ) |   |
| Defendant. ) |   |

This Court has received and considered Defendant's Motion to Continue Settlement Conference (docket #26) and Plaintiff's Notice of No Objection to Continuance (docket #27). The undersigned's judicial assistant has consulted with both counsel and each have confirmed the below date is available for a settlement conference on their calendars and their clients' calendars.

**IT IS ORDERED granting** Defendant's Motion to Continue Settlement Conference (docket #26).

**IT IS FURTHER ORDERED** continuing the Settlement Conference in this matter from June 7, 2007 to **Friday, July 6, 2007 at 2:00 p.m.**

**IT IS FURTHER ORDERED affirming** all orders contained in the Court's

/ / /

/ / /

1  Settlement Conference Order (docket #19) issued March 8, 2007 except for the date and time
2  of the settlement conference.
3        **IT IS FURTHER ORDERED** there shall be no further continuances of this
4  Settlement Conference absent extraordinary circumstances.
5        DATED this 6th day of June, 2007.

*(signature)*
Lawrence O. Anderson
United States Magistrate Judge