**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Renate Easterbrook, a married individual,<br><br>  Plaintiff,<br><br>v.<br><br>Life Insurance Company of North America,<br><br>  Defendant. | No. CV-06-956-PHX-MHM<br><br>**ORDER** |

Due to a conflict in the Court's afternoon calendar and the inability of Defendant's settlement authority representative to change her flight reservations due to the Fourth of July holiday week to attend a morning settlement conference, the settlement conference date of July 6, 2007, will be continued.

**IT IS ORDERED continuing** the settlement conference from July 6, 2007 to **Wednesday, August 29, 2007 at 2:00 p.m.** Counsel have each confirmed this new date and time for their calendars and their clients' calendars.

**IT IS FURTHER ORDERED affirming** all orders contained in the Court's Settlement Conference Order (docket #19) issued March 8, 2007 except for the date and time of the settlement conference.

DATED this 3rd day of July, 2007.

Lawrence O. Anderson
United States Magistrate Judge